LILLIAN VAN DEVERE *v.* THE HARTFORD COURANT
COMPANY

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

*Philip S. Walker,* for the appellee (defendant).

*Nicholas P. Cardwell,* for the appellant (plaintiff).

Argued June 4—decided June 4, 1968

YELLOW MOTORS CREDIT CORPORATION *v.* THOMAS
NIGRO

The motion by the defendant to rectify the appeal from the Superior Court in Windham County is denied.

*Isadore M. Waxman,* for the appellant (defendant).

Argued June 4—decided June 4, 1968

LAETITIA N. CORBIN *v.* HOWARD J. CORBIN[1]

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is dismissed.

The motion by the plaintiff to withdraw her motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Alan H. Nevas,* in support of the motions.

Submitted June 4—decided June 4, 1968

---

[1] No counsel appeared when the case was called for argument.